LEILA O. HENRIQUES and MARY A. MASON, Appellants, *v.* THE MIRIAM OSBORN MEMORIAL HOME ASSOCIATION, Respondent, Impleaded with Others.

SAME, Appellants, *v.* YALE UNIVERSITY, Respondent, Impleaded with Others.

*Henriques* v. *Yale University,* 28 App. Div. 354, appeal dismissed.
*Henriques* v. *M. O. M. H. Assn.,* 28 App. Div. 625, appeal dismissed.
(Argued October 3, 1898; decided October 11, 1898.)

MOTIONS to dismiss appeals from final judgments of the Appellate Division of the Supreme Court in the first judicial department, rendered at the April Term, 1898, affirming judgments of the Special Term sustaining demurrers to replies to affirmative defenses contained in the answers, on the ground that the appeals are frivolous and vexatious, the complaint having been previously dismissed as to the defendant trustee. (See *Henriques* v. *Sterling,* 156 N. Y. 684.)

*Joseph H. Choate* and *Thomas G. Shearman* for motion.

*McCurdy & Yard* opposed.

Appeals dismissed, with costs.